# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 21, 2024

_____

## RESPONSE REQUESTED
_____

No.   24-2044 (L),    RNC v. North Carolina State Board of Elections
                      5:24-cv-00547-M-RJ

TO:    North Carolina Republican Party
       Republican National Committee

RESPONSE DUE: 10/22/2024

Response is required to the motion for accelerated case processing and motion to expedite decision on or before 10/22/2024 by 12:00pm.

Taylor Barton, Deputy Clerk
804-916-2702