# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-2044, 24-2045        Date of Oral Argument: 10/28/24

Caption: RNC v. North Carolina State Board of Elections

Attorney Arguing: Seth P. Waxman

Arguing on Behalf of (party name):
Democratic National Committee

Select party type:
☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☑Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Sarah Boyce
Phone Number (day of argument): 919 716 6788

Principal Argument Time: 8                        Rebuttal Argument Time (if any): 2
(for appellants and appellees)                    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Seth P. Waxman
Phone Number (day of argument): 202 360 6504

Principal Argument Time: 8                        Rebuttal Argument Time (if any): 2
(for appellants and appellees)                    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                Select one of the following: ☐ Order allowing argument time
                                                            ☐ Court-Appointed Amicus

Signature: /s/ Seth P. Waxman                    Date: 10/23/24